IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

SEP - 5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | S U P E R S E D I N G |
| | ) | I N D I C T M E N T |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24CR223 |
| | ) | Title 18, United States Code, |
| JORI EZELL, aka JORI JONES, | ) | Sections 922(g)(1) and 924(a)(8); |
| DARWIN FULLER, | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(C), |
| Defendant. | ) | and 846 |
| | ) | |

### COUNT 1
(Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about May 14, 2024, to on or about May 22, 2024, in the Northern District of Ohio, Eastern Division, Defendants JORI EZELL, aka JORI JONES and DARWIN FULLER did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, and Cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

### COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about May 15, 2024, in the Northern District of Ohio, Eastern Division, Defendant JORI EZELL, aka JORI JONES, and DARWIN FULLER did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about May 17, 2024, in the Northern District of Ohio, Eastern Division, Defendant JORI EZELL, aka JORI JONES, and DARWIN FULLER did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about May 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant JORI EZELL, aka JORI JONES, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing detectable amounts of Cocaine, a Schedule II controlled substance, and Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

5. On or about May 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant JORI EZELL, aka JORI JONES, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Interstate Travel in

2

Aid of Racketeering, on or about March 7, 2022, in Case Number 1:21CR438, in the United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Rohm, model RG23, .22 caliber revolver with no visible serial number; a Smith & Wesson, model M&P Compact, .22 caliber semi-automatic, serial number HHK4405, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendants JORI EZELL, aka JORI JONES, and DARWIN FULLER shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained directly or indirectly as a result of such violations; any and all of their property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations.; including, but not limited to, the following:

    a. The following firearms and ammunition seized from Jori EZELL's residence on May 22, 2024:

        1. Rohm, model RG23, .22 caliber revolver with no visible serial number, with 6 rounds in the cylinder;
        2. Miscellaneous ammunition; and
        3. A Smith & Wesson, model M&P Compact, .22 caliber semi-automatic, serial number HHK4405, with (9) rounds in the magazine; and

b. The following firearms seized from Darwin FULLER's residence on May 22, 2024:

1. A black Mossburg 500A shotgun, serial number P350971;
2. A Savage MDT LSS rifle, serial number J877538;
3. A black Colt 45 revolver, serial number P16193;
4. A F.I.E. Cowboy revolver, serial number TR37257;
5. A Heritage Rough Rider revolver, serial number P61485; and
6. A Heritage Rough Rider revolver, serial number 3PH107518.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.